**Dismissed and Memorandum Opinion filed July 23, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00046-CV

---

### LAKESHA DIXSON, Appellant

### V.

### HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1120344**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed January 14, 2019. The clerk's record was filed January 15, 2019. The reporter's record was filed May 3, 2019. No brief was filed.

On June 13, 2019, this court issued an order stating that unless appellant filed a brief on or before June 28, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.